**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ISABEL HIDALGO and SYLVIA VALDEZ,

        **Plaintiffs,**

-vs-                                                Case No. 6:10-cv-382-Orl-22DAB

KN GOLD STONE, INC. and KHALIL NANITALWALA,

        **Defendants.**
_____

## ORDER

This cause is before the Court on the Motion for Entry of Default Final Judgment (Doc. No. 10) filed on May 4, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, including the response filed by the Plaintiffs (Doc. No. 13), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 11, 2010 (Doc. No. 12) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion for Entry of Default Final Judgment (Doc. No. 10) is DENIED without prejudice.

3. Plaintiffs are given leave to file an Amended Complaint within 21 days of the date of this Order.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 25, 2010.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge